```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YULIYA STEPANISKO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S-08-510 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| YULIYA STEPANISKO, ) | DATE: February 17, 2009 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Frank C. Damrell, Jr. |

   Defendant YULIYA STEPANISKO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby stipulate that the status conference hearing set for December 15, 2008 be rescheduled for a status conference hearing on February 17, 2009 at 10:00 a.m.

   This continuance is being requested because defense counsel requires additional time to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

   The parties submit that the ends of justice are served by

1  the Court excluding such time through February 17, 2009, so that
2  they may have reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.
4  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

5  Dated: December 12, 2008            Respectfully Submitted,

6                                      McGREGOR W. SCOTT
                                       United States Attorney
7

8                                       /s/   Dennis S. Waks for
                                       MICHELLE RODRIGUEZ
9                                      Assistant U.S. Attorney

10

11 Dated: December 12, 2008            /s/ Dennis S. Waks
                                       DENNIS S. WAKS
12                                     Supervising Assistant
                                       Federal Defender
13                                     Attorney for Defendant
                                       YULIYA STEPANISKO
14

15
   **SO ORDERED.**
16
   Dated: December 12, 2008
17
                                       _____
18                                     FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2