```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    YULIYA STEPANISKO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR.S-08-510 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| YULIYA STEPANISKO, | ) | DATE: March 30, 2009 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Frank C. Damrell, Jr. |

Defendant YULIYA STEPANISKO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby stipulate that the status conference hearing set for February 17, 2009 be rescheduled for a status conference hearing on March 30, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by

1 the Court excluding such time through March 30, 2009, so that
2 they may have reasonable time necessary for effective
3 preparation, taking into account the exercise of due diligence.
4 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: February 11, 2009          Respectfully Submitted,

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney


                                   /s/   Dennis S. Waks for
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney


Dated: February 11, 2009          /s/ Dennis S. Waks
                                  DENNIS S. WAKS
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  YULIYA STEPANISKO


**SO ORDERED.**

Dated: February 12, 2009

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE