```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    YULIYA STEPANISKO
 6

 7
                IN THE UNITED STATES DISTRICT COURT
 8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11  UNITED STATES OF AMERICA,    )  CR-S-08-510 FCD
                                 )
12           Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
13       v.                      )
                                 )
14  YULIYA STEPANISKO,           )  DATE:  May 18, 2009
                                 )  Time:  10:00 a.m.
15                               )  Judge: Frank C. Damrell
             Defendant.          )
16  _____)
```

17      Defendant YULIYA STEPANISKO, by and through her counsel,
18  DENNIS S. WAKS, Supervising Assistant Federal Defender and the
19  United States Government, by and through its counsel, MICHELLE
20  RODRIGUEZ, Assistant United States Attorney, hereby stipulate
21  that the status conference hearing set for March 30, 2009 be
22  rescheduled for a status conference hearing on May 18, 2009 at
23  10:00 a.m.
24      This continuance is being requested because defense counsel
25  requires additional time to continue to review discovery, discuss
26  the case with the government, pursue investigation, and negotiate
27  a proposed disposition.
28      The parties submit that the ends of justice are served by

                                    1

the Court excluding such time through May 18, 2009, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: March 26, 2009          Respectfully Submitted,

                               LAWRENCE G. BROWN
                               Acting United States Attorney


                                /s/  Dennis S. Waks for
                               MICHELLE RODRIGUEZ
                               Assistant U.S. Attorney


Dated: March 26, 2009          /s/ Dennis S. Waks
                               DENNIS S. WAKS
                               Supervising Assistant
                               Federal Defender
                               Attorney for Defendant
                               YULIYA STEPANISKO


**SO ORDERED.**

Dated:  March 26 , 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE