DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YULIYA STEPANISKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-08-510 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| YULIYA STEPANISKO, ) | DATE: September 21, 2009 |
| ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| Defendant. ) | |

   Defendant YULIYA STEPANISKO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby stipulate that the status conference hearing set for July 27, 2009 be rescheduled for a status conference hearing on September 21, 2009 at 10:00 a.m.

   This continuance is being requested because defense counsel requires additional time to continue to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition. Furthermore, the defendant gave birth to a baby boy yesterday.

1

The parties submit that the ends of justice are served by the Court excluding such time through September 21, 2009, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local T4).

Dated: July 22, 2009              Respectfully Submitted,

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney


                                   /s/  Dennis S. Waks for
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney


Dated: July 22, 2009              /s/ Dennis S. Waks
                                  DENNIS S. WAKS
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  YULIYA STEPANISKO


**IT IS SO ORDERED.**

Dated: July 23, 2009

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE