```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YULIYA STEPANISKO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-510 FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| YULIYA STEPANISKO, | DATE: October 19, 2009 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Frank C. Damrell, Jr. |

Defendant YULIYA STEPANISKO, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender and the United States Government, by and through its counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, hereby stipulate that the status conference hearing set for September 21, 2009 be rescheduled for a status conference/change of plea hearing on October 19, 2009 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, pursue investigation, and negotiate a proposed disposition.

The parties submit that the ends of justice are served by

the Court excluding such time through October 19, 2009, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

Dated: September 15, 2009    Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

 /s/  Dennis S. Waks for
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

Dated: September 15, 2009    /s/ Dennis S. Waks
DENNIS S. WAKS
Supervising Assistant
Federal Defender
Attorney for Defendant
YULIYA STEPANISKO

**SO ORDERED.**

Dated: September 16, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE