1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
YULIYA STEPANISKO

6

7

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   CR.S-08-510 FCD
                                      )
12 |                    Plaintiff,    )   STIPULATION AND ORDER CONTINUING
                                      )   STATUS CONFERENCE
13 |       v.                         )
                                      )
14 | YULIYA STEPANISKO,               )   DATE:  November 30, 2009
                                      )   Time:  10:00 a.m.
15 |                                  )   Judge: Frank C. Damrell, Jr.
                       Defendant.     )
16 | _____ )

17 |     Defendant YULIYA STEPANISKO, by and through her counsel,

18 | DENNIS S. WAKS, Supervising Assistant Federal Defender and the

19 | United States Government, by and through its counsel, MICHELLE

20 | RODRIGUEZ, Assistant United States Attorney, hereby stipulate

21 | that the status conference/change of plea hearing set for

22 | November 23, 2009, be rescheduled to November 30, 2009, at 10:00

23 | a.m.

24 |     This continuance is being requested because defense counsel

25 | requires additional time to review discovery, discuss the case

26 | with the government, and come to negotiate a proposed

27 | disposition.

28 |     The parties submit that the ends of justice are served by

                                      1

1   the Court excluding such time through November 30, 2009, so that

2   they may have reasonable time necessary for effective

3   preparation, taking into account the exercise of due diligence.

4   18 U.S.C. § 3161(h)(7)(B)(iv) (Local T4).

5   Dated: November 19, 2009     Respectfully Submitted,

6                          BEN WAGNER
                         United States Attorney

7

8                           /s/  Dennis S. Waks for
                         MICHELLE RODRIGUEZ

9                          Assistant U.S. Attorney

10

11  Dated: November 19, 2009    /s/ Dennis S. Waks
                         DENNIS S. WAKS

12                          Supervising Assistant
                         Federal Defender

13                          Attorney for Defendant
                         YULIYA STEPANISKO

14

15   **IT IS SO ORDERED.**

16

17   Dated: November 19, 2009

18                          FRANK C. DAMRELL, JR.
                         UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28