```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
YULIYA STEPANISKO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-510 FCD |
| Plaintiff, | AMENDED STIPULATION AND ORDER CONTINUING SELF-SURRENDER DATE |
| v. | |
| YULIYA STEPANISKO, | Judge: Frank C. Damrell, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through, MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and DENNIS S. WAKS, Supervising Assistant Federal Defender that the self-surrender date for defendant, YULIYA STEPANISKO, to her designated facility of F.C.I. Dublin, California, currently scheduled for August 6, 2010, be continued over to Friday, August 20, 2010, by 2:00 p.m. Pretrial Service Officer, Renee Basurto, has been advised of this request and she also consents to the above continuance.

/ / /

/ / /

/ / /

1   This extension is being requested because Ms. Stepanisko's one
2   year old child is having some medical problems and needs special
3   attention due to a recent illness.

4   DATED: August 3, 2010                Respectfully submitted,

5                                        DANIEL J. BRODERICK
                                         Federal Defender
6
                                         /s/ Dennis S. Waks
7                                        _____
                                         DENNIS S. WAKS
8                                        Supervising Assistant Federal Defender
                                         Attorney for Defendant
9                                        YULIYA STEPANISKO

10
                                         BENJAMIN B. WAGNER
11                                       United States Attorney

12
                                         /s/  Dennis S. Waks for
13  DATED: August 3, 2010                _____
                                         MICHELLE RODRIGUEZ
14                                       Assistant U.S. Attorney

15
                                    **O R D E R**
16
          **IT IS SO ORDERED.**
17

18

19  DATED: August 4, 2010              _____
                                        FRANK C. DAMRELL, JR.
20                                      UNITED STATES DISTRICT JUDGE